IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Kenny Wayne Rounds and Randy Carl Smith, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>FourPoint Energy, LLC n/k/a Unbridled Resources, LLC,<br><br>       Defendant. | Case No. 20-CV-052-P |

**CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR APPROVAL OF FINAL EXPENSES, DISTRIBUTION OF RESIDUAL UNCLAIMED FUNDS, AND TERMINATION OF LITIGATION**

Class Representatives move the Court for an order approving reimbursement of the final Administration, Notice, and Distribution Costs and authorizing distribution of the final Residual Unclaimed Funds, resulting in termination of this Litigation.[1] In support of this Motion, Class Representatives show the Court the following:

1. On August 23, 2022, the Court entered the Judgment, which approved the Settlement and Settlement Agreement as fair, reasonable, and adequate under Rule 23. Doc. 135 at 9, ¶ 6.

---

[1] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Settlement Agreement (Doc. 126-1).

2. On November 22, 2022, the Court entered the Final Plan of Allocation and Distribution Order, authorizing distribution of the Net Settlement Fund to the Settlement Classes. Doc. 139 at 2, ¶ 4.

3. Since that time, the Settlement Administrator has issued over 7,000 checks to members of the Settlement Classes and has exhausted all reasonable and economic administration and distribution efforts for the Settlement. *See* **Ex. 1**, Keough Decl. at 2–3, ¶¶ 3–7.

4. As of the date of this filing, approximately 92% of the Gross Settlement Fund has been distributed. *Id.* at 3, ¶ 6.

5. The Settlement Administrator currently has four (4) additional Distribution Checks it intends to re-issue by cashier's checks, totaling $3,204.69, to complete its distribution efforts. *Id.* at 3, ¶ 7.

6. The Settlement Administrator has incurred an additional $25,028.79 in Administration, Notice, and Distribution Costs to effectuate the Final Plan of Allocation and Distribution Order that remain outstanding. *Id.* at 4, ¶ 8.

7. Class Counsel also have outstanding expenses in the amount of $5,941.10 (Invoice Nos. 28554 and 28702), incurred by Class Representatives' expert to assist in distributing the Net Settlement Fund and to address inquiries from various Class Members regarding the Final Plan of Allocation. *Id.* at 4, ¶ 9.

8. Class Representatives move the Court to allow the Settlement Administrator and Class Counsel to reimburse these outstanding costs from the remaining funds.

9.    If these reimbursements are approved, the final Residual Unclaimed Funds for this Litigation will be $262,071.70, plus any further interest that accrues prior to the closure of the settlement account. *Id.* at 4, ¶ 10.

10.   The Settlement Agreement, which was previously approved by the Court and received no objections from Class Members, provides that Residual Unclaimed Funds will be distributed to a *cy pres* recipient proposed by Class Counsel. *See* Doc. 126-1 at 29, ¶ 6.9 ("Any portion of the Net Settlement Fund remaining in the Escrow Account after the void date for each Distribution Check, and after all administration efforts are concluded, will be considered Residual Unclaimed Funds that will be distributed into a *cy pres* fund for distribution as determined by Plaintiffs' Counsel and subject to Court approval.").

11.   "In the class-action context, a *cy pres* distribution is designed to be a way for a court to put any unclaimed settlement funds to their 'next best compensation use, e.g., for the aggregate, indirect, prospective benefit of the class.'" *Childs v. Unified Life Ins. Co.*, No. 10-CV-23-PJC, 2012 WL 13018913, *5 (N.D. Okla. Aug. 21, 2012) (quoting *Masters v. Wilhelmina Model Agency, Inc.*, 473 F.3d 423, 436 (2d Cir. 2007)); *see also* 3 William B. Rubenstein et al., Newberg on Class Actions § 10.17 (4th ed. 2002).

12.   To that end, Class Representatives propose that the final Residual Unclaimed Funds be distributed to the community surrounding the oil-and-gas interests at issue, where many Class Members are located.

13.   Specifically, Class Representatives propose the following recipients in the following amounts:

| Recipient | Amount |
|---|---|
| Leedey Clinic Assn., Inc. | $200,000.00 |
| Leedey Education Foundation | $37,071.70[2] |
| Leedey Chamber of Commerce | $25,000.00 |
| **Total** | **$262,071.70** |

14. Leedey Clinic Assn., Inc. (a/k/a Leedey Rural Health Clinic) is a non-profit that serves unmet needs for rural health in the community. The Leedey Education Foundation provides school supplies, grants for teachers, collegiate scholarships to graduating senior students, and assists with other education needs in the community. The Leedey Chamber of Commerce promotes commerce and area growth and development, as well as philanthropic efforts like collegiate scholarships, in the community (collectively, "Community Recipients").

15. Accordingly, Class Representatives request that the Court authorize distribution of the Residual Unclaimed Funds to the Community Recipients.

16. Upon reimbursement of the outstanding Administration, Notice, and Distribution Costs to the Settlement Administrator and Class Counsel, if approved, and distribution of the remaining Residual Unclaimed Funds, the Settlement Administrator, Class Representatives, and Class Counsel will have no further duties with respect to administration of the Settlement. The Settlement Administrator, Class Representatives, and Class Counsel have administered the Settlement in accordance with

---

[2] To the extent any additional interest accrues in the interim, Class Representatives propose adding those funds to the Leedey Education Foundation distribution.

the Settlement Agreement and orders of the Court. Accordingly, they should be expressly released from any further duties with respect to the Settlement.

17. Class Representatives will submit a proposed order to the Court contemporaneously with the filing of this Motion.

Respectfully Submitted,

*/s/ Reagan E. Bradford*
Reagan E. Bradford, OBA #22072
Ryan K. Wilson, OBA #33306
BRADFORD & WILSON PLLC
431 W. Main Street, Suite D
Oklahoma City, OK 73102
Telephone: (405) 698-2770
reagan@bradwil.com
ryan@bradwil.com

–and–

David R. Gleason, OBA #31066
MORICOLI KELLOGG & GLEASON, P.C.
211 N. Robinson
One Leadership Square, St. 1350
Oklahoma City, Oklahoma 73102
Telephone: (405) 235–3357
dgleason@moricoli.com

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 26, 2024, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Reagan E. Bradford*
Reagan E. Bradford