# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **Kenny Wayne Rounds and Randy Carl Smith, on behalf of themselves and all others similarly situated** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Case No. CIV-20-52-STE |
| **FourPoint Energy, LLC n/k/a Unbridled Resources, LLC,** | ) ) ) ) | re Doc. 144 |
| **Defendant.** | ) | |

## ORDER

Before the Court is Class Representatives' Unopposed Motion for Approval of Final Expenses, Distribution of Residual Unclaimed Funds, and Termination of Litigation [Doc. 144]. Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS** as follows:

1. The Settlement Administrator is permitted to reimburse its outstanding Administration, Notice, and Distribution Costs in the amount of $25,028.79 from the Settlement Fund.

2. Class Counsel is permitted to reimburse their outstanding Administration, Notice, and Distribution Costs in the amount of $5,941.10 from the Settlement Fund.

3. Following these reimbursements, the Settlement Administrator is ordered to disburse the final Residual Unclaimed Funds to the Community Recipients in the amounts proposed by Class Representatives, including distribution of any additional

interest that accrues to the Leedey Education Foundation, all as further described in the Motion.

4.   The Court further finds that the Settlement Administrator, Class Representatives, and Class Counsel have administered the Settlement in accordance with the Settlement Agreement and the orders of the Court, and further finds that once the foregoing distributions have occurred, the Settlement Administrator, Class Representatives, and Class Counsel shall have no further duties with respect to the administration of the Settlement and shall be expressly released from any further duties regarding the Settlement.

IT IS SO ORDERED on March 25, 2024.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE